IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00062-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILIP SEIBEL,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Due to a conflict in the Court's calendar , it is

    ORDERED that the sentencing hearing previously set for **June 17, 2010 at 2:30 p.m.** is VACATED and RESCHEDULED for **July 1, 2010 at 9:30 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED June 15, 2010.